UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO:

6:11-cv-1871-orl-31GJK

LAURA A. VRCHOTA

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## COMPLAINT

Plaintiff, LAURA A. VRCHOTA, sues Defendant, UNITED STATES OF AMERICA, and alleges:

1. This is an action for damages pursuant to 28 U.S.C. §§ 1346(b).

2. At all times material to this action, Defendant, UNITED STATES OF AMERICA, maintained an agency known as the Federal Bureau of Investigation.

3. Plaintiff has complied with and exhausted the administrative remedies and requirements of the Federal Tort Claims Act.

4. At all times material to this action, Plaintiff was a natural person residing in Orange County, Florida.

5. At all times material to this action, Federal Bureau of Investigation was a government agency of the Defendant, UNITED STATES OF AMERICA.

6. On or about June 10, 2010, Plaintiff was operating a motor vehicle and traveling on SR 535 (Winter Garden Vineland Road) at its intersection with Bluebird Pond in Windermere, Orange County, Florida.

7. At the time of the referenced accident, the driver Defendant's vehicle, Andrew M. Nadeau, was on duty, conducting official United States Government business while operating a vehicle owned by the Defendant.

8. Andrew M. Nadeau was operating and driving the motor vehicle with the permission and consent of the Defendant.

9. Andrew M. Nadeau was operating and driving Defendant's vehicle during the course and scope of his employment by Defendant.

10. At that time and place, Andrew M. Nadeau negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff's motor vehicle.

11. Defendant is vicariously liable for the negligence of Andrew M. Nadeau pursuant to the Florida Dangerous Instrumentality Doctrine.

12. As a direct and proximate result of Andrew M. Nadeau's negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing

and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

**WHEREFORE**, Plaintiff, **LAURA A. VRCHOTA**, demands judgment for damages against Defendant, UNITED STATES OF AMERICA, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of November, 2011, I filed the foregoing with the Clerk of the Court and same has been furnished by Process Server to the Defendant addressed.

RANDY E. SCHIMMELPFENNIG, ESQUIRE
FBN: 0821780
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone Phone: (407) 420-1414
Facsimile: 407-841-9520
Attorneys for Plaintiff