UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA A. VRCHOTA,

    Plaintiff,

v.                                  Case No. 6:11-cv-1871-Orl-31GJK

UNITED STATES OF AMERICA,

    Defendant.

_____/

**STIPULATION FOR DISMISSAL**

The terms of the settlement agreement having been satisfied, pursuant to Rule 41(a)(1), the parties stipulate that this action can be dismissed with prejudice.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: _____
Bradley M. Bole
Assistant United States Attorney
Florida Bar No. 0371009
400 W. Washington St., Suite 300
Orlando, Florida 32801
Telephone: (407) 648-7514
Facsimile: (407) 648-7588
Email: Bradley.Bole@usdoj.gov
Counsel for Defendant

_____
Randy E. Schimmelpfenning, Esq.
Florida Bar No. 0821780
Morgan & Morgan
20 North Orange Ave., 16th Floor
Orlando, Florida 32801
Telephone: (407) 418-2076
Facsmile: (407) 245-3396
Rschimmelpfenning@forthepeople.com
Counsel for Plaintiff

Dated: APR 16 2013

Dated: 12/31/12