# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAURA A. VRCHOTA,**

> **Plaintiff,**

**v.**                                                              **Case No: 6:11-cv-1871-Orl-31TBS**

**USA,**

> **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation for Dismissal (Doc. 18), and pursuant to Fed.

R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees

and costs. Any pending motions are **DENIED** as moot. The Clerk has closed this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 25, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties